Jay L. Raftery, Jr., State Bar No. 264114
jraftery@amblaw.com
ANDRE, MORRIS & BUTTERY
A Professional Law Corporation
1102 Laurel Lane
Post Office Box 730
San Luis Obispo, CA 93406-0730
Telephone: (805) 543-4171
Facsimile: (805) 543-0752

Attorneys for,
Defendants Shelly Berensen and Estate of Thomas Viscosi

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYED HABEEB PASHA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS VISCOSI, an individual; SHELLY BERENSEN, an individual, ATLANTIC CAPITAL LIMITED, an Antigua company; PEARNS POINT PROPERTY DEVELOPMENT, a business of unknown form; LAST MILE SOLUTIONS, LLC, a business of unknown form; ORANGE LIMITED, an Antigua and Barbuda company; ORANGE INTERNATIONAL LIMITED DEVELOPMENT, an Antigua and Barbuda company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:19-cv-05672 ODW(AGRx)<br><br>**DISMISSAL OF THE ESTATE OF THOMAS VISCOSI**<br><br>Assigned To: Otis D. Wright, II<br>Complaint Filed: 3/25/2019<br>Trial Date: 12/8/2020 |

Plaintiff Syed Habeeb Pasha ("Plaintiff") hereby dismisses Defendant Thomas Viscosi, deceased, and now the Estate of Thomas Viscosi, without prejudice all of the claims by Plaintiff, which claims include the claims alleged in the First Amended Complaint filed on March 26, 2019.

Dated: October 9, 2020

EUGENE S. ALKANA, PLC

_____
Eugene S. Alkana    *for EUGENE ALKANA*
Attorney for Plaintiff, Syed Habeeb Pasha

634785

1

DISMISSAL OF ESTATE OF THOMAS VISCOSI

# PROOF OF SERVICE

I am employed in the County of San Luis Obispo, State of California. I am over 18 years of age and not a party to this action. My business address is 1102 Laurel Lane, San Luis Obispo, CA 93406-0730.

On October 9, 2020, I served the within **DISMISSAL OF THE ESTATE OF THOMAS VISCOSI** on the interested parties and/or their attorneys of record to this action by placing a true copy as follows:

*SEE ATTACHED LIST*

☐ **BY MAIL**: I placed a true copy of the foregoing document in a sealed envelope, addressed to each interested party as set forth above, with postage fully prepaid, for collection and mailing pursuant to the ordinary business practice of this office, which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business.

☐ **BY PERSONAL SERVICE**: I caused such envelope to be delivered by hand to the offices of the addressee(s).

☐ **BY OVERNIGHT DELIVERY**: I caused such envelope(s) to be delivered to the above parties by the close of the next business day by _____ with delivery fees paid or provided.

☐ **BY FACSIMILE**: I caused a true copy of the foregoing document(s) to be served by facsimile transmission (in accordance with the written confirmation of counsel in this action) at the time shown on each attached transmission report from sending facsimile machine number (805) 543-0752 to each interested party at the facsimile number as shown above. Each transmission was reported as complete and without error. A true copy of each such transmission report is attached hereto.

[X] **BY ELECTRONIC TRANSMISSION**: A true copy of the foregoing document was served electronically to the stated e-mail address(es). The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 9, 2020, at San Luis Obispo, California.

*Dawn B. Carpenter*
Dawn B. Carpenter

634785

2

DISMISSAL OF ESTATE OF THOMAS VISCOSI

ANDRE, MORRIS & BUTTERY
A Professional Law Corporation

**SERVICE LIST**
Pasha v. Thomas Viscosi, et al.
Case No. 2:19-cv-05672 ODW(AGRx)

| *Attorney* | *Representing* |
|---|---|
| Eugene S. Alkana<br>A Professional Law Corporation<br>131 N. El Molino Avenue, Suite 310<br>Pasadena, CA 91101<br>E-mail: eugenealkana@mindspring.com | Plaintiff Syed Habeeb Pasha |