JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| SYED HABEEB PASHA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS VISCOSI ET AL.,<br><br>Defendants. | Case № 2:19-CV-05672-ODW (AGRx)<br><br>**ORDER OF DISMISSAL** |

In light of Plaintiff Syed Habeeb Pasha's dismissal of Defendant Thomas Viscosi, deceased, and now the Estate of Thomas Viscosi, the Court hereby dismisses Defendant Viscosi without prejudice. (*See* ECF No. 41.) Further, the Court, having considered Plaintiff and Defendant Shelly Berensen's Stipulation for Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

October 13, 2020

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**